**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Zara Keglovitz** | Social Security number or ITIN **xxx–xx–5347** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **21–02144**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Zara Keglovitz

May 18, 2021

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:     Case No. 21-02144-JPC

Zara Keglovitz     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ccabrales     Page 1 of 2

Date Rcvd: May 18, 2021     Form ID: 318     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zara Keglovitz, 4638 S Cottage Grove, Chicago, IL 60653-4310 |
| 29246120 | + | Ad Astra Recovery, 7330 W 33Rd St., Wichita, KS 67205-9369 |
| 29246121 | | Afirm, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 29246122 | + | Caine & Weiner, 1699 Woodfield Road, #360, Schaumburg, IL 60173-4935 |
| 29246119 | + | Car Max, 12800 Tuckahoe Creek, Parkway, Henrico, VA 23238-1115 |
| 29269033 | | City Of Chicago, Dept Of Finance, PO Box 88292, Chicago, IL 60680-1292 |
| 29269034 | + | City of Palos Hills, 10335 S Roberts Road, Palos Hills, IL 60465-1929 |
| 29246125 | + | Discover, POB 30285, Salt Lake City, UT 84130-0285 |
| 29269060 | + | Illinois Tollway, P.O. Box 5382, Chicago, IL 60680-5382 |
| 29246135 | + | Kelly Smith, PO Box 9094, Macon, GA 31208-9094 |
| 29246132 | ++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961 address filed with court:, State Farm, One State Farm Plaza, Bloomington, IL 61710 |
| 29246128 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance Corp., 8900 Freeport Parkway, Irving, TX 75063 |
| 29246129 | | One GEICO Plaza, Bethesda, MD 20811-0001 |
| 29246131 | + | Sequium Asset Solutions, 1130 Northchase SE, #150, Marietta, GA 30067-6429 |
| 29246136 | + | Suncheka Henderson, PO Box 9094, Macon, GA 31208-9094 |
| 29269067 | + | T-Mobile, 3618 Factoria Blvd SE, Bellevue, WA 98006-6128 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRMFOGEL.COM | May 19 2021 01:53:00 | Richard M. Fogel, Cozen O'Connor, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606-1770 |
| 29269032 | + | EDI: CINGMIDLAND.COM | May 19 2021 01:53:00 | AT & T, 1025 Lenox Park Blvd, Atlanta, GA 30319-5309 |
| 29364013 | + | EDI: CAPITALONE.COM | May 19 2021 01:53:00 | Captial One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 29269059 | | Email/Text: comedbankruptcygroup@exeloncorp.com | May 18 2021 23:37:00 | ComEd, P.O. BOX 6111, Carol Stream, IL 60197-6111 |
| 29269058 | + | EDI: COMCASTCBLCENT | May 19 2021 01:53:00 | Comcast, 1701 JFK Boulevard., Philadelphia, PA 19103-2899 |
| 29246124 | + | EDI: CONVERGENT.COM | May 19 2021 01:53:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 29246123 | | EDI: JPMORGANCHASE | May 19 2021 01:53:00 | Chase Bank, POB 6185, Westerville, OH 43086 |
| 29246127 | + | Email/Text: bankruptcy@servicingsolutions.com | May 18 2021 23:38:00 | Loan Me Inc., 1900 S State Collage Blvd, #300, Anaheim, CA 92806-6152 |
| 29364014 | + | Email/Text: bnc@nordstrom.com | May 18 2021 23:36:04 | Nordstrom Bank, P.O. Box 6555, Englewood, CO 80155-6555 |

Case 21-02144   Doc 23   Filed 05/20/21   Entered 05/20/21 23:12:03   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0752-1 | User: ccabrales | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 318 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 29269062 | | Email/Text: bankruptcy@qcholdings.com | May 18 2021 23:35:00 | Lend Nation, 8208 Melrose Drive, Shawnee, KS 66214 |
| 29246130 | + | Email/Text: BKMailbox@QVC.com | May 18 2021 23:35:00 | QVC, Inc., 1200 Wilson Drive, West Chester, PA 19380-4262 |
| 29269066 | + | Email/Text: bankruptcy@speedyinc.com | May 18 2021 23:36:00 | Speedy Cash, P.O. Box 780408, Attn: Bankruptcy, Wichita, KS 67278-0408 |
| 29246626 | + | EDI: RMSC.COM | May 19 2021 01:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29246133 | + | EDI: RMSC.COM | May 19 2021 01:53:00 | Synchrony Bank Care Credit, 140 Wekiva Springs Road, Longwood, FL 32779-3604 |
| 29246126 | | EDI: USBANKARS.COM | May 19 2021 01:53:00 | Elan Financial Services, POB 790084, Saint Louis, MO 63179-0084 |
| 29246134 | + | EDI: WFNNB.COM | May 19 2021 01:53:00 | Z Galllerie, One Righter Parkway, Suite 100, Wilmington, DE 19803-1533 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021                                  Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Richard M. Fogel | rfogel@cozen.com il72@ecfcbis.com;richard-fogel-1441@ecf.pacerpro.com |

TOTAL: 2